Charles M. Lizza
William C. Baton
Saul Ewing LLP
One Riverfront Plaza
Newark, New Jersey  07102-5490
(973) 268-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Sepracor Inc. and*
*University of Massachusetts*

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SEPRACOR INC. and UNIVERSITY OF MASSACHUSETTS,**  <br><br>           **Plaintiffs,**  <br><br>     v.  <br><br>**SUN PHARMACEUTICAL INDUSTRIES LTD.,**  <br><br>           **Defendants.** | **Civil Action No.**  <br><br>**PLAINTIFFS' FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**  <br><br>**(Filed Electronically)** |

**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Fed. R. Civ. P., counsel for Plaintiff Sepracor Inc. certifies the following:

1. The full name of the party represented by me is: Sepracor Inc.

2. There are no corporate parents of Sepracor Inc. which are publicly held.

3.     No publicly held company owns 10% or more of Sepracor Inc.'s stock.

Dated: September 4, 2007                              Respectfully submitted,


                         By:   *s/Charles M. Lizza*
                              Charles M. Lizza
                              William C. Baton
                              Saul Ewing LLP
                              One Riverfront Plaza
                              Newark, New Jersey 07102-5490
                              (973) 286-6700
                              clizza@saul.com

*Attorneys for Plaintiffs*
*Sepracor Inc. and*
*University of Massachusetts*


OF COUNSEL:

Lester J. Savit
Jordan A. Gimbel
JONES DAY
3 Park Plaza
Suite 1100
Irvine, California  92614
(949) 851-3939
ljsavit@jonesday.com