WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, 7th Floor
Newark, New Jersey 07102
(973) 621-2230
James S. Richter
Melissa Steedle Bogad

Attorneys for Defendant
Anchen Pharmaceuticals, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------- x
SEPRACOR INC., et al.,                 : Honorable Mary L. Cooper, U.S.D.J.
                                       :
           Plaintiffs,                 : Civil Action No. 07 CV 4213 (MLC) (TJB)
v.                                     :
                                       : **STIPULATION OF DISMISSAL AS TO**
SUN PHARMACEUTICAL INDUSTRIES          : **DEFENDANT ANCHEN**
LTD., et al.,                          : **PHARMACEUTICALS, INC. PURSUANT TO**
                                       : **FED.R.CIV.P. 41(a)(1)**
           Defendants.                 :
                                       : (Filed Electronically)
---------------------------------------- x

It is hereby stipulated and agreed between Plaintiffs and Defendant Anchen Pharmaceuticals, Inc. ("Anchen"), pursuant to Fed.R.Civ.P. 41(a)(1), that all claims asserted by and between Plaintiffs and Anchen hereby are dismissed without prejudice and without costs as to each party.

By: _____
James S. Richter
WINSTON & STRAWN LLP

Attorneys for Defendant
Anchen Pharmaceuticals, Inc.

Dated: January 16, 2009

By: _____
Charles M. Lizza
SAUL EWING LLP

Dominick A. Conde
FITZPATRICK, CELLA, HARPER
& SCINTO

Attorneys for Plaintiffs
Sepracor Inc. and University of Massachusetts

Dated: January 16, 2009